IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00294-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

SHERDYNE CORNISH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant(s).

---

ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

    Plaintiff, Sherdyne Cornish, resides in Denver, Colorado.   Ms. Cornish initiated this action by filing, *pro se*, a document titled "First Claim for Relief and Supporting Factual Allegations," in which she purports to assert claims under the federal employment discrimination statutes (ECF No. 1).

    Pursuant to review under D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order.   Plaintiff will be directed to cure the following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  _X_    is not submitted
(2)  ___    is not on proper form (must use the Federal Court's current form)
(3)  ___    is missing original signature by Plaintiff
(4)  ___    is missing affidavit
(5)  ___    affidavit is incomplete

(6) \_\_\_ affidavit in support of application is not signed and dated under declaration of perjury
(7) \_\_\_ names in caption do not match names in caption of complaint, petition or application
(8) **X** other: <u>Plaintiff may pay the $400.00 filing fee in lieu of filing an Application to Proceed in District Court Without Prepaying Fees or Costs</u>

**Complaint or Petition**:
(9) \_\_\_ is not dated
(10) **X** is not on proper form (<u>must use the court's current "Title VII Complaint" form</u>)
(11) \_\_\_ is missing an original signature by the Plaintiff
(12) \_\_\_ is incomplete
(13) \_\_\_ uses et al. instead of listing all parties in caption
(14) \_\_\_ names in caption do not match names in text of Complaint
(15) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_\_ other

Accordingly, it is

ORDERED that Ms. Cornish file, **within thirty (30) days from the date of this order**, a court-approved Title VII Complaint form, along with an Application to Proceed In District Court Without Prepaying Fees or Costs.   Plaintiff may pay the $400.00 filing fee, in the alternative.   It is

FURTHER ORDERED that Ms. Cornish shall obtain copies of the court-approved forms for filing a Title VII Complaint and an Application to Proceed In District Court Without Prepaying Fees or Costs at www.cod.uscourts.gov and shall use the forms in curing the deficiencies noted above.   Alternatively, Ms. Cornish may obtain copies of the court-approved forms in person from the Clerk of the Court at 901 19th Street, Denver, Colorado.   It is

FURTHER ORDERED that if Plaintiff fails to cure the noted deficiencies within the time allowed, this action may be dismissed without further notice.


DATED February 9, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge